## HANFORD vs. McNAIR.

Affidavits in opposition to an affidavit of merits, are not received on a motion to open a default.

MOTION to set aside a default and subsequent proceedings on the ground of merits.   The plaintiff produced affidavits denying that the defendant had a defence to the action.

*By the Court*, SAVAGE, Ch. J.   The motion must be granted.   The court do not hear affidavits in opposition to an affidavit of merits.